HOLME ROBERTS & OWEN LLP
Jonathan G. Fetterly (State Bar No. 228612)
777 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5826
Main Phone: (213) 572-4300
Main fax: (213) 572-4400
Email: jon.fetterly@hro.com

Attorney for Plaintiffs
ATLANTIC RECORDING CORPORATION; UMG RECORDINGS, INC.; INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; and MAVERICK RECORDING COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and MAVERICK RECORDING COMPANY, a California joint venture,<br><br>Plaintiffs,<br><br>vs.<br><br>Does 1 - 2,<br>Defendants. | Case No.: 3:08-cv-00190-JLS-AJB<br><br>Honorable Janis L. Sammartino<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |



#9243 v1

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs ATLANTIC RECORDING CORP., *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against Defendant Does 1 - 2, each party to bear its/her own fees and costs. The Clerk of Court is respectfully requested to close this case.

Dated: May 2, 2008

HOLME ROBERTS & OWEN LLP

By s/Jonathan G. Fetterly
Jonathan G. Fetterly
Attorneys for Plaintiffs
ATLANTIC RECORDING CORPORATION; UMG RECORDINGS, INC.; INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; and MAVERICK RECORDING COMPANY